IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GRACE L. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER |
| v. | ) | |
| | ) | No. 2:06-CV-1144-MHT |
| CNA FOUNDATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO SHORTEN PERIOD FOR RESPONSE
AND TO GRANT EXPEDITED HEARING**

Comes Now the Plaintiff to move for an order (1) shortening the period for a response by the Defendant to the Plaintiff's pending motion to remand, and (2) granting an expedited hearing on the motion to remand.  As shown in the motion to remand, the state court that retains jurisdiction over the judgment and the events underlying this lawsuit will hold a hearing in the case on January 23, 2007.  Accordingly, the Plaintiff respectfully requests a hearing on her remand motion before January 23rd and an order requiring the Defendant to respond to the remand motion no later than ten calendar days from today.  That period of time would expire on January 18, 2007, three business days prior to the state-court hearing.  A hearing on the remand motion then could be held on January 19th or January 22nd, if the Court's schedule permits.

The question of federal jurisdiction created by the removal of this lawsuit is straightforward. Has the Defendant proven the requirements of federal diversity jurisdiction? That question lends itself to ready answer on the record presented by the notice of removal. Therefore, the Defendant would not be prejudiced by a schedule that expedites a decision on the question.

## CONCLUSION

This motion is due to be granted for the foregoing reasons.

Respectfully submitted this 8th day of January, 2007, by:

> s/Stephen D. Heninger
> Stephen D. Heninger
> Heninger Garrison Davis, LLC
> P. O. Box 11310
> Birmingham, Alabama 35202
> Telephone:    205.326.3336
> Facsimile:    205.326.3332
> E-mail:       Steve@hgdlawfirm.com
> [ASB5227E68S]

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, I electronically filed the foregoing document with the Clerk of Court using the EM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

M. Christina King
Brandy R. Owens

2

LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
205.581.0700
205.581.0799

s/Stephen D. Heninger _____
Stephen D. Heninger