IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GRACE L. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER |
| v. ) | |
| ) | No. 2:06-CV-1144-MHT |
| CNA FOUNDATION, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO HOLD RULE 26(f) ORDER IN ABEYANCE
PENDING DISPOSITION OF HER MOTION TO REMAND**

Comes Now the Plaintiff to move for an order holding the Rule 26(f) order the Court issued on January 8, 2007 (Doc. No. 3), in abeyance pending disposition of her motion to remand. The Rule 26(f) could be re-instated after the disposition, if the order is not mooted by the disposition.

Respectfully submitted this 8th day of January, 2007, by:

s/Stephen D. Heninger
Stephen D. Heninger
Heninger Garrison Davis, LLC
P. O. Box 11310
Birmingham, Alabama 35202
Telephone: 205.326.3336
Facsimile: 205.326.3332
E-mail:     Steve@hgdlawfirm.com
[ASB5227E68S]

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2007, I electronically filed the foregoing document with the Clerk of Court using the EM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

M. Christina King
Brandy R. Owens
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203
205.581.0700
205.581.0799

                                                                               s/Stephen D. Heninger
                                                                               Stephen D. Heninger