IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GRACE L. MOORE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv1144-MHT |
| | ) | |
| CNA FOUNDATION, | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that the motion to remand (doc. no. 4) is set for submission, without oral argument, on January 19, 2007, with all briefs due by said date.

DONE, this the 9th day of January, 2007.

                                             /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE