IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| GRACE L. MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv1144-MHT |
| | ) | |
| CNA FOUNDATION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion to hold Rule 26(f) report in abeyance (doc. no. 6) is denied.

DONE, this the 9th day of January, 2007.


　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE