IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GRACE L. MOORE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. |
| | )     2:06cv1144-MHT |
| CNA FOUNDATION, | ) |
| | ) |
|    Defendant. | ) |

ORDER

It is ORDERED that the motion to shorten period for response and to grant expedited hearing (doc. no. 5) is denied.

DONE, this the 9th day of January, 2007.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE