**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Montgomery County Circuit Court
   251 South Lawrence Street
   Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jimmie Johnson_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jimmie Johnson
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:06CV1144
   #12 order
   JAN 2 4 2007

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0002 8193 0128

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540